**Writ of Mandamus Denied, Opinion issued December 5, 2012**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01595-CV

## IN RE GARY C. EVANS, Relator

Original Proceeding from the 162nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. 09-15818

## MEMORANDUM OPINION

Before Justices Bridges, Lang, and Fillmore
Opinion by Justice Fillmore

Relator contends the trial judge erred in denying his motion to disqualify opposing counsel. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus, his emergency motion for temporary relief, and his emergency motion to expedite.

ROBERT M. FILLMORE
JUSTICE

121595F.P05